UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL WILDLIFE FEDERATION, ) </br> ) </br> *Plaintiff*, ) </br> ) </br> v.  ) </br> ) </br> LOHR, *et al.*, ) </br> ) </br> *Defendants*. ) </br> _____ ) | Civil Action No. 1:19-cv-02416 (TSC) |

## JOINT APPENDIX OF ADMINISTRATIVE RECORD

Pursuant to Local Civil Rule 7(n)(1), the Parties submit the attached appendix containing those portions of the administrative record that are cited or otherwise relied upon by the Parties in their briefs. A table of contents for the documents included in the appendix is provided below. Plaintiffs can provide the Court with a complete copy of the administrative record in thumb-drive or DVD form if requested.

### TABLE OF CONTENTS

| Attach. # | AR Citation Range | Document |
|---|---|---|
| **VOLUME 1** | | |
| 1 | AR1 - AR13 | 1985 Food Security Act ("FSA") (excerpt) |
| 2 | AR152 - AR176 | 1990 Farm Bill Conf. Rep. (excerpt) |
| 3 | AR180 - AR200 | 1990 Farm Bill (excerpt) |
| 4 | AR216 - AR228 | 1991 Final Rule |
| 5 | AR231 - AR232 | 1991 National FSA Manual ("NFSAM") 2nd Edition, Amendment 6; Sections 512.04 - 512.05; Wetland Certification and Delineations) |
| 6 | AR234 - AR235 | 1991 Form CPA-026 |
| 7 | AR236 - AR247 | 1991 Environmental Assessment ("EA") (excerpt) |

| Attach. # | AR Citation Range | Document |
|---|---|---|
| 8 | AR373 - AR383 | 1994 Memorandum of Agreement ("MOA") |
| 9 | AR384 - AR391 | 1994 NFSAM 3rd Edition, Sections 514.10, 514.52 and 514.53 |
| 10 | AR394 - AR396 | 1995 Senate Moratorium Bill |
| 11 | AR397 - AR398 | 1995 Cong. Rec. re: Moratorium |
| 12 | AR399 - AR400 | 1995 House of Rep. Moratorium Bill |
| 13 | AR401 | 1995 Press Release re: Moratorium |
| 14 | AR402 - AR403 | 1995 NRCS Guidance re: Moratorium (excerpt) |
| 15 | AR407 | 1995 Memo to NRCS Regional Conservationists re: Moratorium (excerpt) |
| 16 | AR422 - AR427 | 1996 Farm Bill Conf. Rep. (excerpt) |
| 17 | AR443 - AR465 | 1996 Farm Bill (excerpt) |
| 18 | AR466 - AR469 | 1996 Cong. Rec. Vol. 142, No. 57 (Statement of Sen. Grassley) |
| 19 | AR470 - AR474 | 1996 EA (excerpt) |
| 20 | AR484 - AR503 | 1996 Interim Rule |
| 21 | AR504 - AR511 | 1996 NFSAM, 3rd Edition, Amendment 2: Part 514.10 |
| 22 | AR512 - AR523 | 1997 NRCS Evaluation of Off-Site Wetland Mapping Conventions and Wetland Determinations in the Prairie Pothole Region |
| 23 | AR540 - AR541 | 1997 NRCS ND Quality Assessment of Existing Wetland Determinations |
| 24 | AR542 - AR543 | 1997 Informational Memorandum for the Secretary |
| 25 | AR550 - AR551 | 1999 O&E Report; Implementations of the Wetland Conservation Provisions Food Security Act |
| 26 | AR552 - AR565 | 2000 National Resources Inventory Summary Report 1997 (excerpt) |
| 27 | AR646 | 2001 FWS Memorandum |

| Attach. # | AR Citation Range | Document |
|---|---|---|
| 28 | AR647 | 2001 NFSAM WI State Supplement |
| 29 | AR649 - AR661 | 2005 Correspondence re: Withdrawal from MOA |
| 30 | AR778 - AR783 | 2006 NFSAM, 3rd Edition; Sections 514.50 and 514.51 |
| 31 | AR786 - AR788 | 2008 NFSAM, 4th Edition, Amendment 4; Section 514.1 |
| 32 | AR854 - AR872 | 2010 NFSAM, Circular No. 5, Part 527, Wetland Identification Procedures |
| 33 | AR884 - AR896 | CRS Rep., *Technical Assistance for Agriculture Conservation* (excerpt) |
| 34 | AR922 - AR928 | Wetland Determination Training Course Agenda |
| 35 | AR929 - AR932 | NRCS Wetland Training Course Annotated 1990 Farm Bill Conf. Rep. |
| 36 | AR939 | NOAA's Climate Normals (excerpt) |
| 37 | AR950 - AR956 | 2013 Decision Memorandum for the Secretary |
| 38 | AR1053 | 2014 Form AD-1026 (except) |
| 39 | AR1105 - AR1106 | NCGA Comments on 2015 Interim Rule (excerpt) |
| 40 | AR1111 - AR1197 | 2012 National Resources Inventory Summary Report (excerpt) |
| 41 | AR1333 - AR1361 | 2017 Inspector General Rep. |
| 42 | AR1362 - AR1363 | 2017 NFSAM, 5th Edition, Amendment 4; Part 514 (excerpt) |
| 43 | AR1374 - AR1376 | 2017 Regional Conservationists Letter to NRCS State Conservationists Re: Agency Policy of the Certification Status of Wetland Determinations |
| 44 | AR1380 | Stakeholder Meeting Invitation |
| 45 | AR1387 - AR1388 | NWF and IWLA Comments on Proposed Changes |
| 46 | AR1389 - AR1398 | NWF Preliminary Comments on Proposed Changes |
| **VOLUME 2** | | |
| 47 | AR1401 - AR1415 | 2018 EA |

| Attach. # | AR Citation Range | Document |
|---|---|---|
| 48 | AR1416 - AR1419 | 2018 Finding of No Significant Impact ("FONSI") |
| 49 | AR1422 - AR1428 | 2018 Interim Rule |
| 50 | AR1504 - AR1511 | Pike-Scott Farm Bureau Comments |
| 51 | AR1707 - AR1745 | NWF Comments on Interim Rule |
| 52 | AR1811 - AR1812 | NC Farm Bureau Comments on Interim Rule (excerpt) |
| 53 | AR1820 - AR1955 | NWF Member Comments on Interim Rule (excerpt) |
| 54 | AR9317 - AR9320 | American Farm Bureau Comments on Interim Rule (excerpt) |
| 55 | AR9602 - AR9613 | NWF Notice of Intent to Sue for Violations of ESA |
| 56 | AR9617 - AR9620 | NPS Wetlands Factsheet |
| 57 | AR9621 - AR9624 | Scientific American Wetland Article |
| 58 | AR9658 - AR9666 | FWS Status and Trends of Prairie Wetlands in the U.S. 1997-2009 (excerpt) |
| 59 | AR9729 - AR9730 | FWS Prairie Potholes Factsheet (excerpt) |
| 60 | AR9736 - AR9907 | 2017 Prairie Pothole Joint Venture Implementation Plan (excerpt) |
| 61 | AR9945 - AR9949 | NRCS Fact Sheet: Shorebirds (excerpt) |
| 62 | AR9958 - AR9964 | State of the Birds Report (excerpt) |
| 63 | AR10169 - AR10174 | McCauley, et al., *Consolidation Drainage and Climate Change May Reduce Piping Plover Habitat in the Great Plains* (excerpt) |
| 64 | AR10189 - AR10250 | Status and Trends of Wetlands in the Coterminous U.S. 2004-2009 (excerpt) |
| 65 | AR10301 | FWS Bog Turtle Fact Sheet (excerpt) |
| 66 | AR10303 - AR10320 | FWS Wood Stork 5-Year Review (excerpt) |
| 67 | AR10337 | NRCS Massasauga Rattlesnake Factsheet (excerpt) |
| 68 | AR10339 - AR10374 | FWS Southwestern Willow Flycatcher 5-Year Review (excerpt) |

| Attach. # | AR Citation Range | Document |
|---|---|---|
| 69 | AR10443 - AR10447 | Endangered Status for Reticulated Flatwoods Salamander Final Rule (excerpt) |
| 70 | AR10519 - AR10528 | CRS Rep., *Conservation Compliance and U.S. Farm Policy* (excerpt) |
| 71 | AR10540 | NRCS Wetlands Compliance Fact Sheet |
| 72 | AR10542 - AR10544 | Article re: 2018 Interim Rule (excerpt) |
| 73 | AR10613 - AR10629 | NRCS Wetlands Compliance Fact Sheets |
| 74 | AR10632 | 1994 MN Mapping Conventions (excerpt) |
| 75 | AR10644 | 1994 ND Mapping Conventions (excerpt) |
| 76 | AR10651 - AR10652 | 1994 IA Mapping Conventions (excerpt) |
| 77 | AR10785 - AR10846 | 1996 NFSAM, 3rd Edition; 2nd Amendment, Part 514 |
| 78 | AR10999 - AR11064 | 1998 NFSAM, 3rd Edition; Amend. 3, section 514.51 |
| 79 | AR11078 - AR11097 | 1999 SD Wetlands Quality Review (excerpt) |
| 80 | AR11177 - AR11181 | 2011 ND & SD Mapping Conventions |
| 81 | AR11182 - AR11183 | 2014 Wetland Compliance Talking Points (excerpt) |
| 82 | AR11187 | 2011 MN Offsite Mapping Conventions (excerpt) |
| 83 | AR11736 - AR11737 | 2014 Listening Session Transcript (excerpt) |
| 84 | AR11974 - AR11983 | 1991 NFSAM, 2nd Edition, Amend. 6 Sections 512.00 - 512.13 |
| 85 | AR11990 - AR12005 | 2020 Final Rule |
| 86 | AR12006 - AR12011 | 2020 FONSI |

Dated: June 18, 2021

Respectfully Submitted,

*/s/ Elizabeth L. Lewis*
Elizabeth L. Lewis

D.C. Bar No. 229702
Eubanks & Associates, LLC
1331 H. Street NW, Suite 902
Washington, DC 20005
202-618-1007
lizzie@eubankslegal.com

*/s/ William N. Lawton*
William N. Lawton
DC Bar No. 1046604
Eubanks & Associates, LLC
1331 H Street NW, Suite 902
Washington, DC 20005
202-556-1243
nick@eubankslegal.com

*/s/ William S. Eubanks II*
William S. Eubanks II
DC Bar No. 987036
Eubanks & Associates, LLC
1331 H Street NW, Suite 902
Washington, DC 20005
970-703-6060
bill@eubankslegal.com

*Counsel for Plaintiff*

JEAN E. WILLIAMS
Acting Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division

*/s/ Barclay T. Stamford*
BARCLAY T. SAMFORD
Natural Resources Section
999 18th Street, South Terrace, Suite 370
Denver, Colorado 80202
Tel.: (303) 844-1475
Fax: (303) 844-1350
E-mail: clay.samford@usdoj.gov

*Attorneys for Federal Defendants*