TODD KIM
Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division
BARCLAY T. SAMFORD, NM Bar No. 12323
Assistant Section Chief
Natural Resources Section
999 18th Street
South Terrace, Suite 370
Denver, CO 80202
Tel: 303-844-1475
Fax: 303-844-1350
Email: Clay.Samford@usdoj.gov

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL WILDLIFE FEDERATION, | ) |
| | ) Civil No. 19-cv-02416-TSC |
| Plaintiff, | ) |
| v. | ) |
| | ) **JOINT STATUS REPORT** |
| TERRY CROSBY, Chief, Natural Resource Conservation Service, and THOMAS J. VILSACK, Secretary of Agriculture[1] | ) |
| Defendants. | ) |

As directed by the Court's August 8, 2023 Minute Order, the parties have conferred and submit this joint status report:

---

[1] Chief Crosby and Secretary Vilsack are automatically substituted for their predecessors, Acting Chief Norton and Acting Secretary Shea. Fed. R. Civ. P. 25(d).

1. The parties are not aware of any intervening changes since they completed briefing of their motions for summary judgment that would impact resolution of this case.

2. Neither party has changed its position on the issues addressed in the pending summary judgment motions.

3. USDA Natural Resources Conservation Service does not have a pending or planned rulemaking that would impact the issues before the Court.

4. There have been no amendments to the Food Security Act that would impact the issues before the Court.

5. The parties have discussed mediation but agree that the nature of this case—which turns on questions of statutory and regulatory interpretation—is not amenable to resolution through mediation.

6. Regarding oral argument, the parties are happy to present oral argument if it would be of benefit to the Court. But, recognizing the Court's docket, the parties are comfortable with the Court resolving the pending motions without oral argument.

DATED: September 6, 2023

Respectfully submitted,

TODD KIM
Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division

*/s/Barclay T. Samford*
BARCLAY T. SAMFORD
Natural Resources Section
999 18th Street, South Terrace, Suite 370
Denver, Colorado  80202
Tel.: (303) 844-1475
Fax: (303) 844-1350
E-mail: clay.samford@usdoj.gov

*Attorneys for Federal Defendants*

*/s/Elizabeth L. Lewis*
Elizabeth L. Lewis
D.C. Bar No. 229702
lizzie@eubankslegal.com
EUBANKS & ASSOCIATES, PLLC
1629 K Street NW
Suite 300
Washington, DC 20006
(202) 618-1007


*Attorneys for Plaintiffs*